[No. 2213–2.   Division Two.   March 15, 1977.]

THE STATE OF WASHINGTON, *Appellant,* v. WILLIAM D. ARNOLD, *Respondent.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 5659, Alan R. Hallowell, J., entered October 8, 1975. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.

[No. 2092–2.   Division Two.   March 21, 1977.]

GLENNA BELLE DO ANE, *Appellant,* v. ESTHER B. HOYT, *Respondent.*

Appeal from a judgment of the Superior Court for Lewis County, No. 33172, D. J. Cunningham, J., entered October 20, 1975. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Reed, J., and Ringold, J. Pro Tem.

[No. 3870–1.   Division One.   March 21, 1977.]

JON D. WILSON, *Respondent,* v. JAMES MERKLINGHAUS, ET AL, *Defendants,* MARVIN FISHER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 751787, Francis E. Holman, J., entered May 19, 1975. *Affirmed* by unpublished per curiam opinion.